FILED
June 27, 2012
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0004310490

2

ASK LAW OFFICES®
Alan Scott Koenig, Esq. (#44263)
P.O. Box 1170
Berkeley, CA 94701-1170
Telephone: (510) 845-8968
Email: alan@asklaw.com

David I. Katzen, CSB # 79090
David A. Schuricht, CSB # 62690
KATZEN & SCHURICHT
1990 N. California Blvd., Suite 600
Walnut Creek, CA 94596-3744
Telephone: (925) 831-8254 or 279-3080
Email: ksf@ksfirm.com

Counsel for Secured Creditor Bank Midwest, N.A.

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

In re

YOUSIF H. HALLOUM,

Debtor.

Tax I.D. # xxx-xx-2986

Case No. 12-21477
Chapter 11

COMMUNITY BANKS OF NORTHERN CALIFORNIA, an operating division of real party in interest BANK MIDWEST, N.A.

Plaintiff,

v.

YOUSIF H. HALLOUM,

Defendant.

Adversary Proc. No. 12-02184-C

**JOINT STATEMENT RE DISCOVERY CONFERENCE AND DISCOVERY PLAN**

Date/Time: Jul. 11, 2012 @ 1:30 p.m.
Ctrm 35, Dept. C, 501 I St., Sacramento, CA
Honorable Christopher M. Klein

Through their respective counsel, plaintiff Community Banks of Northern California, an operating division of real party in interest Bank Midwest, N.A., and defendant Yousif H. Halloum submit this statement pursuant to the Court's "Order to Confer on Initial Disclosures and Setting Deadlines" (filed April 23, 2012) and in contemplation of the status conference in this adversary proceeding set for July 11, 2012, at 1:30 p.m.:

Preliminary settlement discussions have not suggested any prospect for early consensual resolution. However, there are problems regarding the ability of an individual chapter 11 debtor to fund defense of dischargeability proceedings, and counsel understand that the Court is therefore inclined to defer such litigation until the posture of the bankruptcy case changes (*e.g.*, by confirmation of a plan, conversion to chapter 7, or dismissal). Accordingly, subject to Court approval, the parties have agreed to suspend all discovery, including the initial disclosures and development of a specific discovery plan, until counsel agree or the Court directs that the proceeding should be actively prosecuted and defended.

Dated: June 26, 2012

KATZEN & SCHURICHT

By /s/ *David I. Katzen*
David I. Katzen
Attorneys for Plaintiff Bank Midwest, N.A.

Dated: June 26, 2012

MCCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By /s/
Hilton A. Ryder
Attorneys for Defendant Yousif H. Halloum