# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# CIVIL MINUTES

| | | | |
|---|---|---|---|
| **Adversary Title :** | Creditor Community Banks of Northern California et v. Halloum | **Case No :** | 12−21477 − C − 11 |
| | | **Adv No :** | 12−02184 − C |
| | | **Date :** | 7/11/12 |
| | | **Time :** | 01:30 |
| **Matter :** | Status Conference − [1] − Adversary case 12−02184. (62 (Dischargeability − 523(a)(2), false pretenses, false representation, actual fraud)) : Complaint 12−02184 by Creditor Community Banks of Northern California, Bank Midwest, N.A. against Yousif H. Halloum. Fee $293 (mgas) | | |
| **Judge :** | Christopher M. Klein | | |
| **Courtroom Deputy :** | Danielle Hendricks | | |
| **Reporter :** | Diamond Reporters | | |
| **Department :** | C | | |

**APPEARANCES for :**
**Movant(s) :**
(by phone)    Plaintiff's Attorney − David I. Katzen
**Respondent(s) :**
(by phone)    Defendant's Attorney − Hilton A. Ryder

HEARING CONTINUED TO: 7/25/12 at 10:00 AM