# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# CIVIL MINUTES

| | | | |
|---|---|---|---|
| **Adversary Title :** | Creditor Community Banks of Northern California et v. Halloum | **Case No :** | 12–21477 – C – 11 |
| | | **Adv No :** | 12–02184 – C |
| | | **Date :** | 1/29/14 |
| | | **Time :** | 10:00 |
| **Matter :** | Status Conference – [1] – Adversary case 12–02184. (62 (Dischargeability – 523(a)(2), false pretenses, false representation, actual fraud)) : Complaint 12–02184 by Creditor Community Banks of Northern California, Bank Midwest, N.A. against Yousif H. Halloum. Fee $293 (mgas) | | |
| **Judge :** | Christopher M. Klein | | |
| **Courtroom Deputy :** | Danielle Hendricks | | |
| **Reporter :** | Diamond Reporters | | |
| **Department :** | C | | |

**APPEARANCES for :**
**Movant(s) :**
(by phone)    Plaintiff's Attorney – David I. Katzen
**Respondent(s) :**
(by phone)    Defendant's Attorney – Hilton A. Ryder

HEARING CONTINUED TO: 2/12/14 at 10:00 AM